**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLIVIA GUNDERSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JURY TRIAL DEMANDED** |
| JOHN FORTNEY, | ) | |
| Defendant. | ) | |

## COMPLAINT

Comes now the plaintiff, Olivia Gunderson, by and through her attorneys, Darr Law Offices, Ltd., and complains of the defendant, John Fortney, as follows:

### COUNT I
### (Strict Liability)

1. Plaintiff brings this count pursuant to the statutory provisions of RSMo.273.036.

2. That at all times mentioned herein the plaintiff, Olivia Gunderson, was and continues to be a resident and citizen of the State of Illinois.

3. That John Fortney is a citizen of the State of Missouri residing at 143 E. Drake, St. Louis, Missouri.

4. That on February 12, 2025, the defendant, John Fortney, owned, occupied and/or controlled premises at 143 E. Drake, St. Louis, Missouri, he owned and allowed multiple canines to remain and be on said premises.

5. That on the aforesaid date the plaintiff, Olivia Gunderson, while delivering mail to the defendant's residence, and without provocation, was attacked by canine owned by this defendant.

6. At the time of the subject occurrence, there was in existence in the State of Missouri a statute that made owners and possessors of any dog that bites any person, without provocation, while lawfully on private property strictly liable for those damages proximately caused by the dog's conduct RSMo.273.036.

7. John Fortney, the defendant, is strictly liable for the dog attack on the plaintiff described herein.

8. That the aforementioned attack was a direct and proximate cause of the plaintiff's injuries hereinafter alleged.

9. That as a direct and proximate result of the canine attack, the plaintiff, Olivia Gunderson, sustained torn flesh, nerve, muscle and tendon damage, as well as permanent scarring.

10. That plaintiff has incurred in the past and will continue to incur medical, physician, surgical and hospital bills in an effort to be treated for such injuries; that plaintiff has in the past and will in the future experience pain and suffering due to the attack and that plaintiff has been prevented from attending her usual duties and affairs as she had been able to do prior to this occurrence.

11. That plaintiff has facial scarring from the above described incident and that scarring is reasonably certain to be permanent unless surgically addressed.

**WHEREFORE**, the plaintiff respectfully prays this Court to enter judgment in her favor and against the defendant, John Fortney, in an amount in excess of the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

**COUNT II**
**(Negligence)**

1-11. Plaintiff realleges and incorporates herein by reference paragraphs one (1) through eleven (11) of Count I as paragraph one (1) through eleven (11) of Count II, the same as if fully set forth herein.

12. That the canine at issue had aggressive, territorial and/or intrusive tendencies that rendered it dangerous, a condition of which the defendant knew or should have known.

13. That defendant had a duty not to permit these animals to exist on or about his property when others were present, due to the fact the animal posed an unreasonable risk of harm.

14. That defendant breached his duty to the plaintiff by way of one or more of the following acts and/or omissions:

a. failed to warn plaintiff of the dog's dangerous, territorial and intrusive propensity;

b. failed to isolate the dog from guests to prevent attacks of those peaceably on the property;

c. allowed the dog to roam inside the residence although he knew or should have known it would be and act territorial and thereby be prone to aggressive interaction with guests.

15. That as a direct and proximate result of the canine attack, the plaintiff, Olivia Gunderson, sustained torn flesh, nerve, muscle and tendon damage, as well as permanent scarring.

16. That plaintiff has incurred in the past and will continue to incur medical, doctor, and hospital bills in an effort to be treated for such injuries; that plaintiff has in the past and will in the future experience pain and suffering due to the attack and that plaintiff

has been prevented from attending her usual duties and affairs as she had been able to do prior to this occurrence.

**WHEREFORE**, the plaintiff respectfully prays this Court to enter judgment in her favor and against the defendant, John Fortney, in an amount in excess of the jurisdictional amount of Seventy-Five Thousand dollars ($75,000.00), exclusive of costs.

By: _/s/Lanny Darr_________________

Lanny Darr (#06205283)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL 62002
Phone: (618) 208-6828
Fax: (618) 433-8519
darr@darrfirm.com

Service by facsimile transmission or via email will be accepted at the stated facsimile and/or email stated above.